No. 9719.

CITY AND COUNTY OF DENVER *v.* THE POST PRINTING AND PUBLISHING CO. ET AL.

Decided May 2, 1921.

Action for violation of a city ordinance prohibiting the giving of premiums as an inducement for advertising. Judgment for defendants.

*Affirmed.*

1. MUNICIPAL CORPORATIONS—*Ordinance*—*Gifts.* An ordinance of the City and County of Denver prohibiting the giving of premiums as an inducement to advertising, held unconstitutional.

*Error to the County Court of the City and County of Denver, Hon. Ira C. Rothgerber, Judge.*

Mr. JAMES A. MARSH, Mr. THOMAS H. GIBSON, Mr. JACOB J. LIEBERMAN, for plaintiff in error.

No appearance for defendants in error.

*En banc.*

*Per Curiam.*

DEFENDANTS in error were separately charged with violating an ordinance of the City & County of Denver which prohibited the giving of premiums as an inducement to advertising.

On trial in the municipal court, they were severally found guilty and fines were imposed.

The matters having been appealed to the County Court, it was held that the ordinance in question was in contravention of the constitution of this state, and the defendants were discharged. The city brings error.

The questions presented are determined adversely to the city's contention in *Denver v. Frueauff,* 39 Colo. 20, 88 Pac. 389, 7 L. R. A. (N. S.) 1131, 12 Ann. Cas. 521, and *Denver v. United Cigars Stores Co.,* 68 Colo. 363, 189 Pac. 848.

The judgment is therefore affirmed.